**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| PEGGY O'NEAL GONZALES; TRAYVON GUY; DANIEL P. BELL; SHANITA LASHAUN ALLEN BELL; LATOYA TIMMONS; CRYSTAL McGEE; CESAR SIS, | No. 08-57039 |
| | D.C. No. 2:06-cv-00178-GAF-CT |
| Plaintiffs-Appellants, | |
| | MEMORANDUM[*] |
| v. | |
| CITY OF INGLEWOOD; RONALD C. BANKS; DETECTIVE BRIAN BRUCE; DETECTIVE JAVIER ALCALA; SERGEANT HECTOR RAMIREZ; DETECTIVE JOSEPH CUPO; DETECTIVE CHRIS WUNNO; DETECTIVE JOSE GONZALES; LOS ANGELES COUNTY PROBATION DEPARTMENT; DEBBIE A. NELSON; OFFICER JOE VELASQUEZ; SPECIAL AGENT RONALD REED; SUE DUTCHER, | |
| Defendants - Appellees. | |

| | |
|---|---|
| PEGGY O'NEAL GONZALES; TRAYVON GUY; DANIEL P. BELL; SHANITA LASHAUN ALLEN BELL; | No. 09-55785 |
| | D.C. No. 2:06-cv-00178-GAF-CT |

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

LATOYA TIMMONS; CRYSTAL McGEE; CESAR SIS,

Plaintiffs-Appellants,

v.

CITY OF INGLEWOOD; RONALD C. BANKS; DETECTIVE BRIAN BRUCE; DETECTIVE JAVIER ALCALA; SERGEANT HECTOR RAMIREZ; DETECTIVE JOSEPH CUPO; DETECTIVE CHRIS WUNNO; DETECTIVE JOSE GONZALES; LOS ANGELES COUNTY PROBATION DEPARTMENT; DEBBIE A. NELSON; OFFICER JOE VELASQUEZ; SPECIAL AGENT RONALD REED; SUE DUTCHER,

Defendants-Appellees.

Appeal from the United States District Court
for the Central District of California
Gary A. Feess, District Judge, Presiding

Submitted April 12, 2012[**]
Pasadena, California

Before: SILVERMAN and RAWLINSON, Circuit Judges, and TUNHEIM,

---

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

District Judge.[***]

We affirm for the reasons stated by the district court in its well-reasoned orders.

AFFIRMED.

---

[***] The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, sitting by designation.